IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 19 PM 4: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN RE:    Seizure of $32,013.00 in U.S. Currency,    Misc. No. 05-mc-036
Four (4) Assorted Conveyances, and
Miscellaneous Electronic Equipment from
Willie A. Woods

## ORDER GRANTING EXTENSION OF TIME
## IN WHICH TO FILE JUDICIAL FORFEITURE ACTION

Before the Court is the government's Petition for Extension of Time in Which to File Judicial Forfeiture Proceedings for the above-captioned currency seizure. Pursuant to 18 U.S.C. §983(a)(3)(A), for the reasons expressed in the government's petition, the government shall have until **Oct. 20, 2005** to file judicial forfeiture proceedings against the above-described property.

**IT IS SO ORDERED**, this 19th day of Sept, 2005.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

LAWRENCE J. LAURENZI
Acting United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-MC-00036 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT